# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CARYN TAYLOR | Attorney Fees |
| Plaintiff, | JUDGMENT IN A CIVIL CASE |
| v. | Case Number: 2:18-cv-01777-VCF |
| ANDREW SAUL, Acting Commissioner of Social Security | |
| Defendant. | |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered for fees and expenses in the amount of $2,950.00 for Plaintiff.

| | |
|---|---|
| March 9, 2020 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ J. Matott |
| | Deputy Clerk |